

No. 12–8015/NA. James Melvin Lewis, Petitioner v. United States, Respondent. On consideration of Petitioner's pro se petition for reconsideration of this Court's order issued February 7, 2012, it is ordered that said petition for reconsideration is hereby denied.

No. 12–0477/AR. U.S. v. Jason H. Bean. CCA 20100362. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including June 8, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0478/AR. U.S. v. Donald R. Parrish. CCA 20091098. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including June 8, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0501/AF. U.S. v. Jessica E. McFadden. CCA 37438. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 7, 2012.